

# Dechert
LLP

Three Bryant Park
1095 Avenue of the Americas
New York, NY 10036-6797
+1 212 698 3500 Main
+1 212 698 3599 Fax
www.dechert.com

**SHRIRAM HARID**

shriram.harid@dechert.com
+1 212 649 8744 Direct
+1 212 698 0411 Fax

January 31, 2022

**VIA ECF**

The Honorable Paul A. Crotty
United States District Judge
Southern District of New York
500 Pearl Street
New York, NY 10007

*[Handwritten: 2/1/2022  The passport is to be released (-)  So ordered  Paul A. Crotty  USDJ]*

**Re:** *United States v. Dukuray*, et al., 19 Cr. 242 (PAC) (Mahamadou Sidibeh)

Dear Judge Crotty:

We represent Mahamadou Sidibeh, a defendant in the above-captioned case. We write to respectfully request this Court's authorization of the release of Mr. Sidibeh's passport by Pretrial Services. Neither the Government nor the U.S. Probation Office has any objection to this request.

Mr. Sidibeh was sentenced on January 8, 2020 to a two-year probationary sentence for conspiracy to commit bank fraud. ECF No. 78. Mr. Sidibeh has successfully completed his sentence, which expired on January 7, 2022, and he has been discharged from supervision. His notice of discharge is enclosed as Exhibit A.

Respectfully submitted,

*/s/ Shriram Harid*

Shriram Harid
Dechert LLP
1095 Avenue of the Americas
New York, NY 10036-6797
212-649-8744

cc:
Michael J. Gilbert
Ni Qian
U.S. Probation Officer Zondra Jackson